**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Kevin Hall


     v.                                  Civil No. 08-cv-485-JL

Douglas Ross


### <u>O R D E R</u>


     Kevin Hall is hereby granted <u>in</u> <u>forma</u> <u>pauperis</u> status.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 21, 2009

cc:   Kevin Hall, *pro se*